*999 (Reported below: 73 Fed. Appx. 83);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 82);
(73 Fed. Appx. 82);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 81);
(73 Fed. Appx. 83);
*1000 (73 Fed. Appx. 691);
(73 Fed. Appx. 81). C. A. 5th Cir. Certiorari denied.